```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3072 |
| | ) | |
| v. | ) | |
| | ) | |
| ELISEO GARCIA-JIMENEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Plaintiff's counsel is directed to file under restricted access the letter he received from defendant, a copy of which is attached to plaintiff's e-mail message to the undersigned on December 18, 2008.

2. The clerk is directed to treat the letter as a motion for appointment of new counsel, and the motion is set for hearing on December 23, 2008 at 10:00 a.m. before the undersigned.

3. Defendant shall be present at the hearing.

DATED this 18th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge