```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3072 |
| | ) | |
| v. | ) | |
| | ) | |
| ELISEO GARCIA-JIMENEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's oral motion to continue the hearing currently set for December 23, 2008 is granted and the hearing is continued to **December 29, 2008 at 11:00 a.m.**

2. Defendant shall be present at the hearing.

DATED this 22nd day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge